**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  11-cv-01222-REB-BNB

REBECCA AGUIRRE,

      Plaintiff,

v.

APOLLO CREDIT AGENCY, INC., and
DOES 1-10, inclusive,

      Defendants

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter is before me on the **Stipulation of Dismissal** [#19][1] filed December 9, 2011.

After reviewing the stipulation and the file, I conclude that the stipulation should be approved

and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal** [#19] filed December 9, 2011, is **APPROVED**;

      2.  That any pending motion is **DENIED** as moot; and

      3.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own

attorney fees and costs.

      Dated December 9, 2011, at Denver, Colorado.

                              **BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1]"[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.